**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                                               Case No. _____

**Armor Insurance & Financial Services Inc**                                  Chapter **7**
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors ____**12**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 14, 2009**          */s/ Jorge G. Sanchez*
                                    Debtor


                                    _____
                                    Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Armor Insurance & Financial Services Inc
908 East Rollins Road
Round Lake, IL  60073

Commerce Bank
10840 Old Mill Road
Omaha, NE  68154

Two Pillars Law, LLC
222 North Columbus Drive;  Suite # 3007
Chicago, IL  60601-7810

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE  19850-5316

American Investors Life
C/O Law Offices Of Joel Cardis, LLC
2006 Swede Road;  Suite 100
E. Norriton, PA  19401

GFC Leasing
P.O. Box 2290
Madison, WI  53701

Bank Of America
P.O. Box 660576
Dallas, TX  75266-0576

Inland Continental Property Management
2901 Butterfield Road
Oak Brook, IL  60523

Bank Of America
4060 Ogletown Stan
Newark, DE  19713

Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT  84130-0281

Charter One
1215 Superior Avenue
Cleveland, OH  44114-3299

Chase/Bank One Card Services
800 Brooksedge Boulevard
Westerville, OH  43081

Citi Cards CBSD N.A.
701 East 60th Street North
Sioux Falls, SD  57104

Citi Professional Card
Box 6000
The Lakes, NV  89163-6000